UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DANIEL C. BURROWS,**

    **Plaintiff,**

v.                                                         Case No:5:12-CV-232-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**
_____/

## ORDER

Pending before the Court is the Unopposed Motion to Remand. (Doc. 10). The Defendant, Michael J. Astrue, Commissioner of Social Security (the "Commissioner"), advises that significant portions of the recording of the administrative hearing are inaudible. Therefore, the Commissioner requests a remand, pursuant to sentence six of 42 U.S.C. §405(g) in order to take further administrative action. Plaintiff has no objection.

Pursuant to 42 U.S.C. §405(g) of the Social Security Act, this Court may remand a case to the Commissioner on motion of the Commissioner made for "good cause shown" before he files his answer. As the Commissioner has not yet filed an answer in the instant case, the sole issue for consideration is whether the Commissioner has shown good cause for the requested remand. Under these circumstances, there is good cause to support a remand under sentence six.

In view of the foregoing, it is **ORDERED** that:

(1) Defendant's Unopposed Motion For Remand (Doc. 10) is **GRANTED**;

(2) This action is **REMANDED** to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g), for the Commissioner to take further administrative action, subject to the requirement that the Commissioner provide the Court with status reports every three months regarding the progress of the remand process;

(3) Because this cause is remanded pursuant to sentence six of 42 U.S.C. § 405(g), the Court shall retain jurisdiction in this matter. Accordingly, the Clerk shall administratively close the file and withhold the entry of a final judgment in this case

**DONE** and **ORDERED** in Ocala, Florida on July 17, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties