UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DANIEL C. BURROWS,**

    Plaintiff,

v.                                                     Case No: 5:12-cv-232-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY**

    Defendant.

## REPORT AND RECOMMENDATION[1]

This matter is before the Court for consideration of Defendant's Unopposed Motion to Reopen Case and to Affirm the Decision of the Commissioner (Doc. 16). Defendant requests that the Court re-open this case, affirm the final decision of the Commissioner issued subsequent to the remand ordered by this Court on July 17, 2012 (Doc. 11), and enter judgment for the Plaintiff. Defendant's motion recites that the Commissioner issued a favorable decision to Plaintiff on June 7, 2013, and a copy of that decision is attached to the motion. (Doc. 16-1). The parties have conferred pursuant to Local Rule 3.01(g), and opposing counsel does not object to the requested relief.

---

[1] Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Upon due consideration, it is respectfully **RECOMMENDED** that Defendant's Motion (Doc. 16) be **GRANTED**, that this case be re-opened, and that the Commissioner's decision issued on June 7, 2013 be **AFFIRMED.**

Recommended in Ocala, Florida on February 19, 2014.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy