UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DANIEL C. BURROWS,**

    **Plaintiff,**

v.                                                 Case No: 5:12-cv-232-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Unopposed Motion to Reopen Case and to Affirm the Decision of the Commissioner (Doc. No. 16). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is **APPROVED**. The Motion is **GRANTED**. The case is re-opened and the Commissioner's decision issued on June 7, 2013 is **AFFIRMED**.

**DONE AND ORDERED** at Orlando, Florida, this 5 day of March, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties